# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| STEVEN LEE JIMENEZ, | ) Docket No. 2:12-cr-032-NT |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

Steven Lee Jimenez has filed a Motion to Appoint Counsel and a Motion for Reduction of Sentence under Amendment 782 based on drug quantity. Defendant's Motion for Appointment of Counsel and for Reduction of Sentence under Amendment 782 (ECF No. 38). Because I find that the Defendant clearly does not qualify for the reduction and that the appointment of counsel would have no effect on my determination, I will deny the motions.

The changes to the Sentencing Guidelines do not benefit Mr. Jimenez because he was sentenced as a career offender in 2012, not on account of his drug quantity. It remains the case that a defendant whose career offender status produced his Guideline sentencing range does not qualify for a sentence reduction on account of Guideline changes in drug quantity calculations. *See United States v. Cardosa*, 606 F.3d 16, 19 (1st Cir. 2010).

Accordingly, Mr. Jimenez does not benefit from Amendment 782 and its two point reduction for some drug quantity calculations and I **DENY** the Defendant's

Motion for Appointment of Counsel and I **DENY** the Defendant's Motion for Reduction of Sentence Under Amendment 782.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 2nd day of August, 2016.